UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE S. RAMIREZ, | No. 2:14-cv-0832 CKD P |
| Petitioner, | |
| v. | ORDER |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Mr. Ramirez has filed in this court a petition for writ of habeas corpus meant for the California Supreme Court. Good cause appearing, IT IS HEREBY ORDERED that:

1. Mr. Ramirez's request to proceed in forma pauperis (ECF No. 2) is denied;

2. The Clerk of the Court is directed to return to Mr. Ramirez the petition for writ of habeas corpus meant for the California Supreme Court which was filed here on April 3, 2014; and

3. This case is closed.

Dated: April 9, 2014

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
rami0832.csc